UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Raciel Guzman,

          Plaintiff,

   - against -

Rosebank Restaurant Corporation et al,

          Defendants.

----------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 26 2014 ★
BROOKLYN OFFICE

ORDER OF DISCONTINUANCE

1:13-cv-01670-ENV-VVP

VITALIANO, D.J.

    The Court having been advised that this action has been settled,

    Therefore, this action is discontinued without cost and with prejudice, except as to the right to reopen the action if the settlement is not consummated.

    The Clerk is directed to close this case.

    SO ORDERED.

DATED:   Brooklyn, New York
            3/25/2014

                                      s/Eric N. Vitaliano
                                      ERIC N. VITALIANO
                                      U.S.D.J.